JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

BALDEMAR PEREZ,

Petitioner,

v.

DAVID VENTURELLA, Acting Director of U.S. Customs and Border Protection, et al.,

Respondents.

Case No. 5:26-cv-05323-ACCV

**JUDGMENT**

IT IS HEREBY ORDERED that pursuant to 28 U.S.C. § 2241, the Petition for Writ of Habeas Corpus (Dkt. 1) in this action is denied and judgment entered by the Court, without requiring any further proceedings and consistent with the reasons and findings set forth in the Court's October 12, 2026 Order Denying Petition for Writ of Habeas Corpus.

IT IS SO ORDERED.

DATED: October 13, 2026

HON. ANGELA C. C. VIRAMONTES
United States Magistrate Judge